AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DELIA J. BAEZ

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05  10401 RCL**

TO: (Name and address of defendant)

Delia J. Baez
93 Cummins Highway
Roslindale, MA 02131

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anita Johnson, Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakely U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_[signature]_

(BY) DEPUTY CLERK

MAR 3 - 2005
DATE

This form was electronically produced by Elite Federal Forms, Inc.

77980

I hereby certify and return that today, March 15, 2005, at 11:30 AM, I served a true and attested copy of the within Summons together with a copy of the complaint in this action upon the within named Delia J. Baez, by leaving said copies at 93 Cummins Highway, Roslindale, MA 02131 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Delia J. Baez, at 93 Cummins Highway, Roslindale, MA 02131.

In hand service attempted as follows:  3/4/05 -- no answer; 3/8/05--no answer; 3/11/05--no answer.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on March 15, 2005.

_____
**Francis Davis**, Constable, City of Boston
& Disinterested Person over Age 18.


Service & Travel:$180.00


**Butler and Witten**
Boston, MA
(617) 325-6455

03/03/05  13:24 FAX 617 748 3969                                          ☒002

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA,

    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

DELIA J. BAEZ,

    Defendant.

CASE NUMBER:

# 05 10401 RCL

TO: (Name and address of defendant)

Delia J. Baez
3381-83 Washington Street
Jamaica Plain, MA   02130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anita Johnson, Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA   02210

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_[signature]_

(BY) DEPUTY CLERK

MAR 3 - 2005

DATE

This form was electronically produced by Elite Federal Forms, Inc.

77978

I hereby certify and return that today, March 15, 2005, at 12:05 PM, I served a true and attested copy of the within Summons together with a copy of the complaint in this action upon the within named Delia J. Baez, by giving in hand to Ms. Siroid Agent in Charge. Said service was effected at: 3381-83 Washington Street, Jamaica Plain, MA 02130.

In hand service attempted as follows:   3/4/05--this address is a restaurant--personnel here said Ms. Baez was in Santo Domingo until 3/7/05; 3/8/05--personnel here said Ms. Baez was still out of town; 3/11/05; personnel here said Ms. Baez was not in; on 3/15/05 at 12:05 PM, service made as noted above; Ms. Siroid was the only person working at the time of service.

I declare under the penalty of perjury under the laws of the United States of America
that the foregoing information is true and correct. Executed on March 15, 2005.

_____
**Francis Davis**, Constable, City of Boston
& Disinterested Person over Age 18.


Service & Travel:$180.00


**Butler and Witten**
Boston, MA
(617) 325-6455