UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**V.**                                                                                        **CIVIL ACTION NO. 05-10401-RCL**

**DELIA J. BAEZ**

### NOTICE OF DEFAULT

Upon application of the plaintiff, **United States of America**, for order of Default for failure of the defendant, **Delia J. Baez** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 18th day of August, 2005.

                                                         Sarah A. Thornton, Clerk

                                                         By:/s/ Lisa M. Hourihan

August 18, 2005                                        Deputy Clerk