UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.                                                      CIVIL ACTION
                                                        NO: 05-10401-RCL

DELIA J. BAEZ

## NOTICE OF APPEARANCE

Now comes the undersigned William Keefe, and respectfully enters his appearance as counsel of record for all purposes on behalf of the defendant Delia Baez, in the above referenced case.

8/30/05
Date

Respectfully submitted,
DELIA J. BAEZ
By her lawyer,

_L. K._

**WILLIAM KEEFE**
BBO # 556817
390 Centre Street
Jamaica Plain, MA 02130
Telephone (617) 983-9200
Facsimile (617) 983-0733