FILED
IN CLERK'S OFFICE

2005 AUG 20 P 2 55

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA,

v.

CIVIL ACTION
NO: 05-10401-RCL

DELIA J. BAEZ

## **AFFIDAVIT OF COUNSEL**

I, William Keefe, on oath and affirmation state the following:

1.  I am counsel for Delia Baez in an unrelated civil matter concerning the forfeiture of money from her.

2.  I am filing a Notice of Appearance with this Motion to Remove Default and Answer of Defendant Delia Baez to the Complaint.

3.  I was on trial in the United States District Court in the District of Connecticut during May and June in a criminal case. I was unable to make time to respond to the complaint during those months. Since that time I have been on vacation and have been involved in other criminal litigation, and have failed to make a timely response to the plaintiff's complaint in this matter.

Signed under the penalties of perjury, this 29th day of August, 2005.


8/29/05

Date

_____

**WILLIAM KEEFE**
BBO # 556817
390 Centre Street
Jamaica Plain, MA 02130
Telephone (617) 983-9200
Facsimile (617) 983-0733

## CERTIFICATE OF SERVICE

I, William Keefe, hereby certify that a copy of the enclosed Notice of
Appearance, Motion to Remove Default, Answer of Delia Baez to the Complaint,
Affidavit of Counsel, and Certificate of Conference, were hand delivered to
Anita Johnson, Assistant United States Attorney, at the Office of the U.S.
Attorney, One Courthouse Way, Ninth Floor, Boston MA, 02201, on August
30,2005.

William Keefe