UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | CIVIL No. 05-10401-RCL |
| v.   ) | |
| ) | |
| DELIA J. BAEZ,   ) | |
| ) | |
| Defendant.   ) | |

## UNITED STATES' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56, Federal Rules of Civil Procedure, the United States requests that this Court issue an order granting summary judgment as to treble damages and civil penalties against the Defendant, because there is no genuine issue as to any material fact and the United States is entitled to judgment as a matter of law. The grounds for this motion are set forth in the accompanying United States' Statement of Material Facts and Memorandum in Support of Summary Judgment.

This action is brought under the False Claims Act, 31 U.S.C. §§ 3729 et seq., and under the common law for fraud, unjust enrichment, and payment by mistake of fact.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney


        /s/ Anita Johnson
        ANITA JOHNSON
        Assistant U.S. Attorney
        John Joseph Moakley United States Courthouse
        1 Courthouse Way - Suite 9200
        Boston, MA   02210
        (617) 748-3282

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically and by first class mail to the registered participates as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 17, 2006.

        /s/ Anita Johnson