UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,   )
        Plaintiff,   )
          )
    v.   )
          )   05-10401-RCL
DELIA J. BAEZ   )
        Defendant,   )
          )
        and   )
          )
SOVEREIGN BANK   )
        Garnishee.   )

## ANSWER OF THE GARNISHEE

**SUSAN R DAVISON**, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name

of _____.
    (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member of _____, a partnership which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That he/she is the **MANAGER** (Official Title) of Garnishee, **SOVEREIGN BANK**
                    **COURT ORDERED PROCESSING**
a corporation, organized under the laws of the State of **MASSACHUSETTS**.

On **NOVEMBER 2**, 200**6**, Garnishee was served with the Writ of Garnishment.

1. The Garnishee has custody, control or possession of the following property (non-earnings), in which the defendant maintains an interest, as described below:

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | _____ | _____ | _____ |
| 2. | _____ | _____ | _____ |
| 3. | _____ | _____ | _____ |
| 4. | _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| | Amount | Estimate date or Period Due |
|---|---|---|
| 1. | $_____ | _____ |
| 2. | $_____ | _____ |
| 3. | $_____ | _____ |
| 4. | $_____ | _____ |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

___   The Garnishee makes the following claim of exemption on the part of Defendant:

_____.

**X**   The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:
ACCT# 38504983354 HAS A BALANCE OF $9.09; ACCT# 38504964644 HAS A NEGATIVE BALANCE OF -264.27 FOR A NET NEGATIVE BALANCE OF $-255.18

___   The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to:

(1)   Delia J. Baez,
      93 Cummins Highway
      Roslindale, MA 02131-2610

      and

(2)   Christopher R. Donato
      Assistant U.S. Attorney
      One Courthouse Way, Suite 9200
      Boston, MA 02210.

_____
Garnishee

Subscribed and sworn to before me this 6th day of NOVEMBER, 2006.

_____
Notary Public

My Commission expires:


DONNA M. LONG
Notary Public
Commonwealth of Massachusetts
My Commission Expires
October 18, 2012