UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Court No. 05-10401-RCL |
| | ) | |
| DELIA J. BAEZ, | ) | |
|     Defendant, | ) | |
| | ) | |
|     and | ) | |
| | ) | |
| SOVEREIGN BANK | ) | |
|     Garnishee. | ) | |

## MOTION FOR WITHDRAWAL OF APPLICATION
## FOR WRIT OF GARNISHMENT

Pursuant to 28 U.S.C. §3205(c)(10), the Plaintiff, United States of America, hereby moves to withdraw and otherwise terminates its Application for Writ of Continuing Garnishment filed on October 2, 2006, in the above-captioned proceeding.

        Respectfully submitted,

        UNITED STATES OF AMERICA
        By its attorneys

        MICHAEL J. SULLIVAN
        United States Attorney

By:

    /s/ Christopher R. Donato
    CHRISTOPHER R. DONATO
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3303

DATE: November 9, 2006