UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CIVIL NO. 10401-RCL |
| DELIA J. BAEZ, | ) |
| Defendant. | ) |

### ASSENTED-TO MOTION FOR EXTENSION OF TWO DAYS

The United States requests that this Court grant an extension of two business days for the filing of the United States' response to Delia J. Baez' Request to Set Aside Judgment For Rehearing Concerning Damages. This case has been closed since April 2006, and the case file has been stored in archives. The undersigned has just received the case file from archives. However, she is unable to file her response on the due date, which is today, because of other deadlines. She will be able to file within two days, up to and including February 20, 2008. The response will oppose Baez' Request.

The United States suggests that Baez will not be prejudiced by this extension, and Baez has assented to the extension.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Anita Johnson
ANITA JOHNSON
Assistant U.S. Attorney

>Moakley United States Courthouse
>1 Courthouse Way - Suite 9200
>Boston, MA   02210
>(617)748-3282

**Certification of Service and Rule 7.1 Conference**

    I hereby certify that the foregoing will be served on counsel for Baez, William Keefe, upon filing by the ECF system, and that I conferred with said counsel and he assented to this motion, all on this 18th day of February 2008.

>/s/ Anita Johnson